

# Edward R. Petkevis, Esq. LL.M ADMIRALTY

1380 Hornberger Avenue, Roebling, New Jersey 08554
609-499-4300    Fax: 609-499-4929    E-Mail: ep@erplaw.com
www.landandsealaw.com

Licensed In:   New Jersey   Pennsylvania   Florida   Louisiana   S.D.N.Y   E.D.N.Y

---

November 13, 2012

**RECEIVED**
**NOV 13 2012**
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Tonianne J. Bongiovanni, U.S. Magistrate Judge
Clarkson S. Fisher Federal Building
& U.S. Courthouse, Room 6052
402 E. State Street
Trenton, New Jersey 08608
Via E-Mail: TJB_orders@njd.uscourts.gov

    Re:    In the Matter of the Complaint of Christopher J. Grace
            Civil Action No. 12-CV-2673 (JAP)
            Motion for Summary Judgment
            Return Date: January 22, 2013

Dear Judge Bongiovanni:

    This is to confirm that I have been granted permission to file a motion for summary judgment on the part of the claimant, Eileen Casey. Said motion is to be filed December 28, 2012 with a return date of January 22, 2013. This schedule would require any opposition papers to be filed no later than January 8, 2013 with movant's reply brief, if any, due on or before January 15, 2013.

    I thank you for your consideration of this matter.

                      Respectfully submitted,

                      ***Edward R. Petkevis PC***

                      _____
                      Edward R. Petkevis, Esq.

ERP:cad

cc:    Keith Brady, Esq.
        Jacqueline DeCarlo, Esq.

So Ordered this 13 day of November, 2012