Edward R. Petkevis, Esq.
EDWARD R. PETKEVIS PC
1380 Hornberger Ave.
Roebling, NJ 08554
(609) 499-4300
EP 6940

Norman M. Hobbie, Esq.
HOBBIE, CORRIGAN & BERTUCIO, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
(732) 380-1515
NH 2679
ATTORNEYS FOR CLAIMANT
Eileen Casey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br><br>OF<br><br>CHRISTOPHER J. GRACE<br>as owner of a 2010 18.5 Sea Ray runabout motor vessel for Exoneration from or Limitation of Liability | Civil Action No. 12-CV-2673 (JAP)<br><br><br><br>**NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 56 AND FED. R. CIV. P. F(1) FOR SUMMARY JUDGMENT**<br><br>Returnable **January 22, 2013.** |

Keith A. Brady, Esq.
Rubin, Fiorella & Friedman, LLP
630 Third Avenue, 3rd Floor
New York, New York 10017

    Please take notice that the undersigned will apply to the above named court

at the United States District Court, District of New Jersey (Newark), M.L. King Jr.

Federal Building & Courthouse, 50 Walnut Street, P.O. Box 999, Newark, NJ 07101-0999, on Tuesday, January 22, 2013 at 9:30 AM, or as soon as counsel may be heard, for an order granting claimant's motion for summary judgment, pursuant to Fed. R. Civ. P. 56, dismissing the petitioner's Limitation of Liability action, with prejudice, for failure to file within six months of receipt of written notice of a claim, pursuant to Fed. R. Civ. P. F(1).

    In support hereof, the movant, claimant, Eileen Casey, will rely upon the attached Memorandum of Law In Support of Motion for Summary Judgement, and attached Exhibits.

    Oral Argument is requested if deemed appropriate by this Honorable Court.

>Respectfully submitted,
>Edward R. Petkevis, PC
>/s/ Edward R. Petkevis
>Edward R. Petkevis, Esq.
>Attorney for Claimant
>Eileen Casey

December 27, 2012